## LOUIS C. HECKNER

*vs.*

## MARGARET M. HECKNER.

*Divorce: both parties guilty.*

Where each of the parties to a bill and cross-bill for divorce appears guilty of offenses that would be sufficient grounds for granting a divorce, the relief should be granted to neither.

*Decided April 7th, 1915.*

Appeal from the Circuit Court of Baltimore City. (Dawkins, J.)

The cause was argued before Boyd, C. J., Briscoe, Burke, Thomas, Pattison, Urner, Stockbridge and Constable, JJ.

*Geo. Moore Brady* (with whom was *Wm. Milnes Maloy* and *John W. Reynolds, Jr.,* on the brief), for the appellant.

*Henry M. Siegel* (with whom was *Wm. H. Lawrence* on the brief), for the appellee.

Boyd, C. J., delivered the opinion of the Court.